PROB 12C
(REV. 5/2018)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS

SUPPLEMENTAL
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   DANIEL WHITLOCK                         Case Number:   6:20CR60007-001

Name of Sentencing Judicial Officer:   Honorable Susan O. Hickey, Chief United States District Judge

Date of Original Sentence:   March 3, 2022

Original Offense:   Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Time served; three (3) years supervised release; mandatory conditions; standard conditions; search condition; substance abuse testing/treatment; mental health treatment; not purchase, possess, use, distribute or administer marijuana or obtain or possess a medical marijuana card or prescription; and $100 assessment

Type of Supervision:   Supervised Release        Date Supervision Commenced:   March 3, 2022

Assistant U.S. Attorney:   Trent Daniels             Defense Attorney:   Jessica Yarbrough

---

### PETITIONING THE COURT

☐ To issue a warrant
☐ To issue a summons
☒ To include the below violation(s) with the original petition filed with the Court on March 5, 2024.
☐ To replace the previous petition filed with the Court on

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Sixteen | **Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.** |

On June 3, 2024, the probation office was notified by Covenant Recovery that Mr. Whitlock left chemical free living on his own will after being told not to leave the facility. Contact was made with Mr. Whitlock's employer who advised that Mr. Whitlock had not been to work since May 30, 2024. Multiple attempts to contact Mr. Whitlock to re-establish compliance have been unsuccessful, and he has failed to contact the probation office since leaving the chemical free-living facility. Until his arrest on June 17, 2024, Mr. Whitlock's whereabouts were unknown.

| | |
|---|---|
| Seventeen | **Special Condition #2: The defendant shall submit to inpatient or outpatient substance abuse evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Officer.** |
| | **Special Condition #3: The defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Officer.** |
| | On June 3, 2024, the probation office was notified by Ouachita Behavioral Health and Wellness that Mr. Whitlock was discharged from outpatient treatment services on May 14, 2024, due to missing treatment appointments on May 1, 2024, and May 13, 2024. In addition, Mr. Whitlock failed to report for Comply drug testing on June 3, 2024. |
| Eighteen | **Mandatory Condition 1: You must not commit another federal, state or local crime.** |
| | On June 5, 2024, Mr. Whitlock failed to appear in Garland County Circuit Court for a plea and arraignment hearing. It should be noted the plea and arraignment hearing was for the charges that occurred on February 27, 2024, and are outlined in violation number 11 of the original Petition for Warrant or Summons for Offender Under Supervision. |
| | On June 17, 2024, Mr. Whitlock was arrested by the Garland County Sheriff's Office on a bench warrant for the above-noted failure to appear. He is currently in custody at the Garland County Detention Center in Hot Springs, Arkansas, and his next court date is scheduled on September 4, 2024. |

**U.S. Probation Officer Recommendation:**

A hearing to be held to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

| Approved: | Respectfully submitted, |
|---|---|
| */s/ B-A K-Y* | */s/ K B* |
| Brent Young | Kameron Blevins |
| Deputy Chief U.S. Probation Officer | U.S. Probation Officer |
| Date: July 2, 2024 | Date: July 2, 2024 |

---

THE COURT ORDERS: (check all that apply)

☐ No action

☐ The issuance of a warrant

☐ The issuance of a summons

☒ Include this petition with the petition filed with the court on March 5, 2024.

☐ Replace the previous petition filed with the court on

Whitlock, Daniel
6:20CR60007-001
Page 3

☐ Dismiss the petition

☐ The issuance of a writ

☐ Terminate supervised release

☐ Dismiss the petition with prejudice

☐ Other

_____
Honorable Susan O. Hickey
Chief United States District Judge

7/2/2024
_____
Date